1  ALAN R. BRAYTON, ESQ., S.B. #73685
   RICHARD M. GRANT, ESQ., S.B. #55677
2  BRAYTON✣PURCELL LLP
   ATTORNEYS AT LAW
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5
   Attorneys for Plaintiff
6

7

8           IN THE UNITED STATES DISTRICT COURT

9        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 CHARLES J. JOHNSON,       )   No. C09-01069 ~~MEJ~~ VRW

12        Plaintiff,             )   STIPULATION TO DISMISS
                                     )   DEFENDANT CROWN CORK & SEAL
13 vs.                          )   AND REMAND CASE TO SAN
                                     )   FRANCISCO SUPERIOR COURT
14 ASBESTOS DEFENDANTS (BP), et al., )

15        Defendants.          )

16

17       Come now Plaintiffs CHARLES J. JOHNSON ("Plaintiff") and Defendant CROWN

18 CORK AND SEAL COMPANY INC. ("CC&S"), who file the following stipulation pursuant to

19 Local Rules 7-1 and 7-12:

20       WHEREAS, defendant CC&S removed this case to the United State District Court for

21 the Northern District of California on March 11, 2009, on the ground that the court has "federal

22 officer" subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiff'

23 allegations that his injury was caused by products designed and manufactured by CC&S under

24 the supervision and control of the United States government;

25       WHEREAS, Defendant CC&S was the sole removing defendant and no other defendant

26 joined in removal or filed a separate notice of removal;

27       WHEREAS, Plaintiff and Defendant CC&S, the affected parties, have now reached a

28 resolution of Plaintiff' claims again CC&S;

K:\Injured\22274\Fed-STIP-DISMISS CC&S.wpd       1
STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL AND REMAND CASE TO SAN
FRANCISCO SUPERIOR COURT; C09-01069 ~~MEJ~~ VRW

WHEREAS, Defendant CC&S's desire for a federal forum for this action is now moot and given the resolution of Plaintiff' claims against it; and

WHEREAS, pursuant to the parties' resolution, Plaintiff and Defendant CC&S seek to have this action remanded to state court, IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendant CC&S, that all claims against Defendant CC&S shall be, and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that this action shall be, and hereby is, immediately remanded to the San Francisco County Superior Court, the court in which it was originally filed and from which it was removed.

Dated: March  16 , 2009          BRAYTON ❖ PURCELL LLP

By: _____
Richard M. Grant
Attorneys for Plaintiffs CHARLES J. JOHNSON

Dated: March  16 , 2009          ARMSTRONG & ASSOCIATES, LLP

By: _____
Attorneys for Defendant CROWN CORK & SEAL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the Superior Court of California, County of San Francisco, Case No 274919. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of San Francisco.

Dated: ____March 27____ , 2009   By: _____
Judge Vaughn R Walker

K:\Injured\22274\Fed-STIP-DISMISS CC&S.wpd
STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT; C09-01069 MEJ VRW